ANSON BANK & TRUST COMPANY v. COLE HENRY.

(Filed 4 May, 1966.)

**1. Appeal and Error § 19—**

   In the absence of any assignment of error the judgment will be sustained unless error appears on the face of the record proper or unless the issues are insufficient to support the judgment entered. Rule of Practice in the Supreme Court No. 19(3).

**2. Appeal and Error § 34—**

Where the evidence is set out in the record entirely in question and answer form, the appeal will be dismissed in the absence of error appearing on the face of the record proper. Rule of Practice in the Supreme Court No. 19(4).

MOORE, J., not sitting.

APPEAL by defendant from *Gwyn, J.,* November 1965 Civil Session of ANSON.

Plaintiff brought this action to recover upon two promissory notes (Exhibits 1 and 2), which, it alleges, defendant executed and delivered to it for value received. Defendant's answer is only a general denial of the allegations of the complaint. Upon the trial defendant admitted that, on June 7, 1955, for value received, he had executed and delivered to plaintiff a note (Exhibit 2), in the sum of $3,050.00, due and payable on September 7, 1955, and that it had not been paid. He also conceded that plaintiff's Exhibit 1, a note in the amount of $1,195.00, dated May 24, 1954, and due July 9, 1954, bore his signature. Interest on this note had been paid to August 9, 1955, and the principal had been reduced to $1,150.00.

In accordance with the court's peremptory instructions, the jury found that defendant was indebted to plaintiff on its Exhibit 1 in the amount of $1,150.00, with interest at 6% from August 9, 1955, and, on Exhibit 2, in the amount of $3,050.00, with interest from September 7, 1955. From judgment entered on the verdict, defendant appeals.

*Taylor, McLendon & Jones for plaintiff appellee.*
*Theron L. Caudle for defendant appellant.*

PER CURIAM. Defendant's case on appeal contains no assignments of error as required by Rule 19(3), Rules of Practice in the Supreme Court. Therefore, unless error appears on the face of the record proper, or the issues are insufficient to support the judgment entered, the judgment will be sustained. *Bank v. Bryant,* 257 N.C. 42, 125 S.E. 2d 291. The issues establish defendant's indebtedness to plaintiff and are, therefore, clearly sufficient to support the judgment.

Defendant's evidence in the case on appeal is set out entirely in questions and answers instead of in narrative form as required by Rule 19(4), Rules of Practice in the Supreme Court. When this rule is ignored, the Court considers only errors presented by the

record proper. *Amusement Co. v. Tarkington,* 251 N.C. 461, 111 S.E. 2d 538. In this case no such errors appear.

The appeal is
Dismissed.

MOORE, J., not sitting.